1032

CHARLOTTE THOMAS, *Appellant*, v. SOUTHWEST SUBURBAN SEWER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26794-1, Jay V. White, J., entered June 12, 2000. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Marriage of* KRISTIN GIRALDIN, *Respondent*, and WILLIAM E. FINNE, *Appellant*.

Appeal from a judgment of the Superior Court for King, 89-3-02755-4, Patricia H. Clark, J., entered May 30, 2000. *Affirmed* by unpublished per curiam opinion.

PHIL WILLINGHAM, ET AL., *Appellants*, v. RICK STEWART, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-03611-5, Larry A. Jordan, J., entered June 29, 2000. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Parentage of* G.C. M.-N. LINDA A. NOBLE, *Respondent*, v. ROBERT G. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-5-02788-7, Larry A. Jordan, J., entered July 12, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Cox, JJ.